UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RAMON MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN,<br><br>Respondent. | No. 2:19-cv-2477-MCE-EFB P<br><br><br><br>ORDER |

Petitioner is a California state prisoner who, proceeding with counsel, brings an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 13, 2020, the court issued findings and recommendations and granted the parties fourteen days within which to file objections. ECF No. 12. On May 29, 2020, petitioner filed objections along with a request for an extension of time to file the objections. ECF Nos. 13, 14.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 14) is granted and his objections are deemed timely filed.

Dated: June 1, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE